**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------------X

FELIX CASTRO,

                                   Plaintiff,                                **23-CV-04491 (JMF)(SN)**

                    -against-                                               **ORDER**

STEFAN LOBLE, LLC,

                                   Defendant.

------------------------------------------------------------------X

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: __ 6/7/2023
```

**SARAH NETBURN, United States Magistrate Judge**:

On June 2, 2023, the Honorable Jesse M. Furman assigned this matter to my docket for settlement. No later than one week after an answer is filed, the parties are directed to email Courtroom Deputy Rachel Slusher at Rachel_Slusher@nysd.uscourts.gov with three mutually convenient dates to schedule a settlement conference. Due to the Court's busy calendar, settlement conferences must generally be scheduled at least six to eight weeks in advance. The Court will likely be unable to accommodate last-minute requests for settlement conferences, and the parties should not anticipate that litigation deadlines will be adjourned in response to late requests for settlement conferences. Accordingly, the Court recommends the parties contact chambers as soon as possible in order to schedule a settlement conference at least two weeks before the initial pretrial conference scheduled for September 12, 2023.

**SO ORDERED.**

                                                                _____
                                                                SARAH NETBURN
                                                                United States Magistrate Judge

DATED:        June 7, 2023
              New York, New York