UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------x
FELIX CASTRO, on behalf of himself               Case No. 23-cv-04491-JMF-SN
and all others similarly situated,

        Plaintiff                **NOTICE OF VOLUNTARY**
                                                                          **DISMISSAL WITH PREJUDICE**

    -against-

STEFAN LOBLE, LLC

        Defendant.
---------------------------------------------------------x

**PLEASE TAKE NOTICE**, that the above-entitled action against all Defendants shall be and hereby is dismissed pursuant to F.R.C.P. Rule 41(a)(1)(A)(i) with prejudice; without costs, or disbursements, or attorneys' fees to any party.

Dated: Jericho, New York
       March 19, 2024

                                                                 Respectfully Submitted,

The Clerk of Court is directed to close this case.

                                                       */s/ Noor A. Saab, Esq.*
SO ORDERED.                                *Attorney for Plaintiff*
                                                     **The Law Office of Noor A. Saab**
                                                     380 North Broadway, Penthouse West
                                                   Jericho, New York 11753
                                                   Tel: 718-740-5060
                                                   Email: noorasaablaw@gmail.com

                     March 20, 2024

1